UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| MOSKOWITZ FAMILY LLC,<br><br>Plaintiff,<br><br>v.<br><br>GLOBUS MEDICAL, INC.,<br><br>Defendant. | Civil Action No. 19-cv-672-ADA |

## **[PROPOSED] ORDER**

Having reviewed Defendant Globus Medical, Inc.'s Motion to Transfer Venue and to Dismiss Indirect Infringement Allegations, and the materials submitted therewith and in support, as well as the materials submitted in opposition, the motion is hereby GRANTED on the ground that the Western District of Texas is an improper venue for the case. Because venue in this district is not proper and the case is dismissed on that ground, the Court need not reach and does not resolve the portion of the motion related to the Complaint's indirect infringement allegations.

ALAN ALBRIGHT
UNITED STATES DISTRICT JUDGE