IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MOSKOWITZ FAMILY LLC** | : |
| *Plaintiff,* | : CIVIL ACTION |
| v. | : No. 20-3271 |
| **GLOBUS MEDICAL, INC.** | : |
| *Defendants.* | : |

### ORDER

**AND NOW**, this 22nd day of December, 2022, upon consideration of Defendant Globus Medical, Inc.'s Motion for Summary Judgment (Doc. No. 237), Plaintiff Moskowitz Family LLC's Response (Doc. No. 240), Defendant's Reply (Doc. No. 247), and Plaintiff's Sur-reply (Doc. No. 250), it is hereby **ORDERED** that the Motion is **GRANTED IN PART** and **DENIED IN PART** as follows:

1. Summary judgment is **GRANTED** in favor of Defendant and against Plaintiff on Plaintiff's claims of direct infringement of the '913 patent and the '022 patent.

2. Defendant's Motion is **DENIED** with respect to Plaintiff's claims of induced infringement under 35 U.S.C. § 271(b).

It is **FURTHER ORDERED** that a trial scheduling conference is set for **Tuesday, January 24, 2023 at 2:30 p.m.** Counsel are directed to dial in as follows: (1) Call: <u>888-684-8852</u>; (2) Enter access code: <u>2187450#</u>; (3) Press <u>#</u> to enter as a participant.

BY THE COURT:

*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**