# UNITED STATES DISTRICT COURT
### Eastern District of Pennsylvania

| | |
|---|---|
| **MOSKOWITZ FAMILY LLC,**<br><br>    Plaintiff,<br><br>    v.<br><br>**GLOBUS MEDICAL, INC.,**<br><br>    Defendant. | Civil Action No. 2:20-cv-03271<br><br>Hon. Mitchell S. Goldberg<br><br>**JURY TRIAL DEMANDED** |

### DECLARATION OF JACK R. WILSON IN SUPPORT OF PLAINTIFF MOSKOWITZ'S OPPOSITION TO THE *DAUBERT* <u>MOTION TO EXCLUDE THE TESTIMONY OF PAUL MEYER</u>

I, Jack R. Wilson, hereby declare under penalty of perjury as follows:

1.   I am an attorney at the law firm of Fish & Richardson P.C., counsel for Moskowitz Family, LLC in this matter. I have personal knowledge of the facts stated herein.

2.   Attached as **Exhibit A** is a true and correct copy of excerpts of Defendant Globus Medical, Inc.'s Objections and Responses to Moskowitz Family LLC's Fifth Set of Interrogatories (Nos 18-25) at No. 19.

3.   Attached as **Exhibit B** is a true and correct copy of excerpts of the deposition of Mr. Michael J. Lasinski.

4.   Attached as **Exhibit C** is a true and correct copy of excerpts of the October 14, 2021, deposition of Ms. Christy Mace.

5.   Attached as **Exhibit D** is a true and correct copy of excerpts of the May 4, 2022 deposition of Mr. Michael Sherman.

6.   Attached as **Exhibit E** is a true and correct copy of Mr. Meyer's Attachment 5.1.

2

7.  Attached as **Exhibit F** is a true and correct copy of excerpts of *RSB Spine, LLC v. DePuy Synthes Sales, Inc.*, Case 1:19-cv-01515-RGA, Dkt. No. 185, Ex. A (D. Del. 2019).

I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: April 20, 2023                              */s/ Jack R. Wilson*
                                                             Jack R. Wilson