IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MOSKOWITZ FAMILY LLC** : | |
| : | **CIVIL ACTION** |
| *Plaintiff*, : | |
| : | |
| v. : | No. 20-3271 |
| : | |
| **GLOBUS MEDICAL, INC.** : | |
| : | |
| *Defendants*. : | |

## ORDER

**AND NOW**, this 24th day of August, 2023, upon consideration of Defendant Globus Medical, Inc.'s ("Globus") Motion to Exclude the Testimony of Plaintiff's Damages Expert Paul K. Meyer (Doc. Nos. 259, 262), Plaintiff Moskowitz Family LLC's ('Moskowitz") Response (Doc. No. 268), Globus's Motion for Leave to File Reply Brief (Doc. No. 269), Globus's Motion to Seal Reply Brief (Doc. No. 270), and Moskowitz's Response in Opposition to the Motion for Leave to File Reply Brief (Doc. No. 272), it is hereby **ORDERED** that:

1. Globus's Motion for Leave to File Reply Brief (Doc. No. 269) and Motion to Seal (Doc. No. 270) are **GRANTED** and the Reply Brief attached as Exhibit A to the Motion (Doc. No. 269-1) shall be deemed **FILED**;

2. Globus's Motion to Exclude (Doc. Nos. 259, 262) is **DENIED** as set forth in the accompanying Memorandum Opinion.

BY THE COURT:

*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG,            J.**