IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MOSKOWITZ FAMILY LLC,<br><br>    Plaintiff,<br><br>v.<br><br>GLOBUS MEDICAL, INC.,<br><br>    Defendant. | Civil Action No. 2:20-cv-03271 |

**[PROPOSED] ORDER GRANTING DEFENDANT GLOBUS MEDICAL INC.'S RULE 50(A) MOTION FOR JUDGMENT AS A MATTER OF LAW ON MOSKOWITZ FAMILY LLC'S INFRINGEMENT CLAIMS**

For the reasons stated in Defendant Globus Medical, Inc. ("Globus") Rule 50(a) Motion for Judgment as a Matter of Law, and considering all the evidence and argument presented at the trial of this matter, the Court hereby GRANTS the motion and DISMISSES all claims.

SO ORDERED.

_____

Hon. Mitchell S. Goldberg, USDJ

1