IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MOSKOWITZ FAMILY LLC | : |
| | : |
| *Plaintiff*, | : CIVIL ACTION |
| | : |
| v. | : No. 20-3271 |
| | : |
| GLOBUS MEDICAL, INC. | : |
| | : |
| *Defendants*. | : |

**ORDER**

**AND NOW**, this 13th day of August, 2024, upon consideration of Plaintiff's Motion for Judgment as a Matter of Law under Rule 50(a) and/or for a New Trial under Rule 59 (Doc. No. 379), Defendant's Response (Doc. No. 389), Plaintiff's Motion for Leave to File a Reply Brief (Doc. No. 395), Plaintiff's Proposed Reply Brief (Doc. No. 395-1), and Defendant's Response to Plaintiff's Motion for Leave to File a Reply Brief (Doc. No. 398), it is hereby **ORDERED** that:

1. Plaintiff's Motion for Leave to File a Reply Brief (Doc. No. 395) is **GRANTED**. The Clerk of Court shall file Docket No. 395-1 as a separate entry on the docket.

2. Plaintiff's Motion for Judgment as a Matter of Law under Rule 50(a) and/or for a New Trial under Rule 59 (Doc. No. 379) is **DENIED**.

BY THE COURT:

*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG**