# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MOSKOWITZ FAMILY LLC** | : |
| *Plaintiff*, | : CIVIL ACTION |
| v. | : No. 20-3271 |
| **GLOBUS MEDICAL, INC.** | : |
| *Defendants*. | : |

## ORDER

**AND NOW**, this 13th day of August, 2024, upon consideration of Defendant's Motion for Costs and Fees (Doc. No. 376), and Plaintiff's Response (Doc. No. 381), it is hereby **ORDERED** that:

1. Plaintiff's Motion for Costs pursuant to Federal Rule of Civil Procedure 54(d) is **DENIED WITHOUT PREJUDICE** as premature; and

2. Plaintiff's Motion for Attorneys Fees under 35 U.S.C. § 285 is **DENIED**.

BY THE COURT:

*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG,      J.**